# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN ALLEN CAMPBELL, | ] | |
| Movant, | ] | |
| vs. | ] | CR-03-LSC-RRA-0618-W |
| UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation recommending that the that movant's "Motion for Recusation," Court Document 55, be DENIED. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The "Motion for Recusation" is due to be DENIED. An appropriate order will be entered.

Done this 4 day of January, 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153